UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:
RICHARD BRADLEY

CASE NO. 05-50209-BKC-

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK



NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 1,549.74 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $    .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: JUL 2 4 2009

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

RICHARD BRADLEY
2530 NW 160 ST
OPA-LOCKA, FL 33054

CHRISTINE E. BRYCE, ESQUIRE
18350 NW 2ND AVE
SUITE 500
MIAMI, FL 33169

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                          CASE NO.   05-50209-BKC-
RICHARD BRADLEY


                                                CHAPTER 13


RICHARD BRADLEY                      ----------$      1,549.74

2530 NW 160 ST
OPA-LOCKA, FL 33054


CHRISTINE E. BRYCE, ESQUIRE
18350 NW 2ND AVE
SUITE 500
MIAMI, FL 33169

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130